# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>ATHENA KOSTOPOULOS<br><br>                Debtor | Case No.: 22-18145 (VFP)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that, ATHENA KOSTOPOULOS, debtor in the above named case, hereby appeals to the United States District Court from the May 2, 2024, Order dismissing the case with prejudice under 11 U.S.C. §§ 1307 (C) 1325; and denying the motion to expunge claims and reduce claims of Wilmington Savings Fund Society FSB, as Owner Trustee of Residential Credit Opportunities Trust VI-A, as moot.

Dated: May 16, 2024

*/s Joseph K. Jones*
JONES, WOLF & KAPASI, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, NJ 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com
*Attorneys for Debtor*